(131 So. 448)

## CITY OF BIRMINGHAM v. Josephine MAGGIO.

### 6 Div. 795.

Supreme Court of Alabama.
Dec. 18, 1930.

Wilkinson & Burton and Hollis O. Black, all of Birmingham, for petitioner.

Altman & Koenig, of Birmingham, opposed.

BOULDIN, J.

Petition of the city of Birmingham for certiorari to the Court of Appeals to review and revise the judgment of that court in City of Birmingham v. Maggio, 131 So. 446.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.